| | |
|---|---|
| DISTRICT COURT, COUNTY OF EL PASO, STATE OF COLORADO<br><br>Court Address:<br>270 South Tejon Street<br>Colorado Springs, CO 80903 | DATE FILED<br>July 6, 2026 12:55 PM<br>FILING ID: B68B3989B556C<br>CASE NUMBER: 2026CV31628 |
| **Plaintiff: CHARLES PARKS,**<br><br>**v.**<br><br>**Defendant: MAVERIK GROUP, LLC.** | ▲ Court Use Only ▲ |
| Sandomire & Kuberry, PLLC<br>561 Sante Fe Drive<br>Denver, CO   80204<br>Andrew I. Sandomire, #35171<br>Jaynie R. Kuberry, #41511<br>Telephone: (303) 300-3333<br>Facsimile: (303) 300-3331<br>E-mail:  andrew@303legal.com<br>          jaynie@303legal.com<br><br>Livenick Law, LLC<br>561 Santa Fe Drive<br>Denver, CO   80204<br>Torrey Livenick, #52787<br>720-295-8616<br>torrey@livenicklaw.com<br>torrey@303legal.com | Case No:<br><br>Division:<br><br>Courtroom: |
| **COMPLAINT AND JURY DEMAND** | |

COMES NOW Plaintiff, Charles Parks (hereinafter "Plaintiff"), by and through counsel, Sandomire & Kuberry PLLC, and Livenick Law, LLC and for his Complaint and Jury Demand, states and alleges as follows:

## **PARTIES**

1.      At all times relevant to this action, Plaintiff was and is a resident of the State of Colorado.

**EXHIBIT A**

2.      Defendant Maverik Group, LLC, is a Foreign Limited Liability Company, with a principal address at corporate headquarters of 185 South State Street, Suite 800, Salt Lake City, UT 84111.  Defendant Maverik, Inc. is registered in good standing in the State of Colorado.  Its registered agent is Corporation Service Company, 1900 W. Littleton Boulevard, Littleton, CO 80120.

## JURISDICTION AND VENUE

3.      Personal and subject matter jurisdiction are proper.

4.      Venue is proper in El Paso County pursuant to C.R.C.P. 98(c) as the claims arise from a tort committed in El Paso County, Colorado.

## GENERAL ALLEGATIONS

5.      Plaintiff hereby incorporates the preceding paragraphs as if fully set forth herein.

6.      On or about July 7, 2024, Plaintiff was shopping at Maverik, located at 711 East Fillmore Street, Colorado Springs, CO 80907.

7.      On or about July 7, 2024, Plaintiff was walking towards the cash register to check out when he slipped on water on the floor, causing him to fall.

8.      Plaintiff noted that there were no warning signs placed in the vicinity of where the incident occurred.

9.      Upon information and belief, at all times relevant, Defendant owned, managed, and/or maintained the property located at 711 East Fillmore Street, Colorado Springs, CO 80907.

10.      On or about July 7, 2024, Defendant failed to properly maintain the property in a safe condition.

11.      On or about July 7, 2024, and all times relevant hereto, Plaintiff was an invitee.

12.      Plaintiff's injuries were the direct and proximate result of a dangerous condition on Defendant's property, namely the wet floor, which Defendant knew of and/or should have known of by the use of reasonable care.

13.      Defendant failed to exercise reasonable care to protect against the dangerous condition.

2

**EXHIBIT A**

14.     At all times material hereto, Defendant allowed the dangerous condition to exist on the property, which caused Plaintiff to slip and fall, resulting in his injuries, damages and/or losses.

15.     Defendant did not keep said premises in a reasonably safe condition for invitees, including Plaintiff.

16.     The employees and/or agents of Maverik failed to adequately maintain the premises and/or failed to properly warn invitees of the dangerous condition and/or failed to remove the hazardous condition in a timely manner.

17.     As a result of the above, Plaintiff suffered injuries, damages and/or losses including, but not limited to, prescriptive medications, medical services, permanent physical disfigurement, disability and impairment, past and future medical expenses, past and future lost earnings, out of pocket expenses, impairment to future earning capacity, past and future pain and suffering, emotional injury, and loss of enjoyment of life.

18.     A portion of Plaintiff's injuries, damages and/or losses are either permanent and/or continuing in nature.

### PLAINTIFF'S FIRST CLAIM FOR RELIEF
### PREMISES LIABILITY

19.     Plaintiff hereby incorporates the preceding paragraphs as if fully set forth herein.

20.     Plaintiff was an invitee at the time of the incident, pursuant to CRS § 13- 21-115(1).

21.     At all times relevant, Defendant owned, managed, and/or maintained the property as defined under the Colorado Premises Liability Act.

22.     As landowners, Defendant owed Plaintiff a duty to exercise reasonable care to protect against dangers of which it knew or should have known.

23.     Plaintiff falls into the category of individuals to be protected under said statute.

24.     Defendant, acting through its agents, servants, and/or employees, was negligent in their ownership, maintenance and/or control of the subject premises insofar as they allowed water to set on the floor.

25.     The water on the floor constituted an unreasonably dangerous condition.

26.     As a direct and proximate result of the negligence of Defendant, acting through

**EXHIBIT A**

their agents, servants and/or employees, Plaintiff has suffered injuries and damages, including, but not limited to, prescriptive medications, medical services, permanent physical disfigurement, disability and impairment, past and future medical expenses, past and future lost earnings, out of pocket expenses, impairment to future earning capacity, past and future pain and suffering, emotional injury, and loss of enjoyment of life.

27.     Plaintiff's injuries, losses, and damages are either permanent and/or continuing in nature.

### PLAINTIFF'S SECOND CLAIM FOR RELIEF
### COMMON LAW NEGLIGENCE

28.     Plaintiff hereby incorporates the preceding paragraphs as if fully set forth herein.

29.     Defendant owed Plaintiff a duty of reasonable care in the maintenance and operation of the property at issue.

30.     Defendant breached its duty of care by failing to provide a safe environment by not properly maintaining the floor on its property.

31.     As a direct and proximate result of Defendant's breach, Plaintiff suffered injuries, losses and damages.

32.     As a further result of Defendant's conduct, Plaintiff suffered economic and non-economic damages including, but not limited to, pain and suffering, permanent impairment, medical expenses, lost income and earning capacity, and loss of the enjoyment of life.

### PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES

33.     Pursuant to C.R.C.P. 338, Plaintiff hereby demands a trial by jury.

**WHEREFORE,** Plaintiff, Charles Parks, respectfully requests that this Honorable Court enter judgment against Defendant and in favor of Plaintiff for damages in an amount to be determined at the time of trial, pre and post judgment interest, costs, attorney fees, expert witness fees and for such other and further relief as this Court deems proper.

Respectfully submitted this 6th day of July, 2026.

**SANDOMIRE & KUBERRY, PLLC**

*/s/ Jaynie R. Kuberry*

4

**EXHIBIT A**

Andrew I. Sandomire, #35171
Jaynie R. Kuberry, #41511
561 Santa Fe Drive
Denver, CO 80204
Phone: (303) 300-3333
Facsimile: (303) 300-3331
andrew@303legal.com
jaynie@303legal.com
*Attorneys for Plaintiff*

Livenick Law, LLC
561 Santa Fe Drive
Denver, CO 80204
Torrey Livenick, # 52787
(720) 295-8616
torrey@livenicklaw.com
torrey@303legal.com

Plaintiff's Address:
c/o Sandomire & Kuberry, PLLC
561 Santa Fe Drive
Denver, CO 80204

*In accordance with C.R.C.P 121 § 1-26(9), a printed copy of this document with original signatures is being maintained by the filing party and will be made available for inspection by other parties or the court upon request.*

5

**EXHIBIT A**